**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| ERIC D. CLAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-083 |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Presently before the Court is Defendant Martin O'Malley, Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand to Defendant.  Doc. 18. Defendant requests reversal and remand to the agency for an administrative law judge to "offer the Plaintiff an opportunity for a hearing and issue a new decision." *Id.* at 1.  Defendant represents that Plaintiff consents to the Motion. *Id.* at 2.

Sentence four of Section 405(g) gives the Court the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."  42

1

U.S.C. § 405(g).  Accordingly, the Court **GRANTS** the Motion, doc. 18, and **REVERSES** and **REMANDS** the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further action consistent with this Order.  The Clerk of Court is **DIRECTED** to enter the appropriate judgment and to close this case.

   **SO ORDERED**, this 20th day of August, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2