AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ERIC D. CLAY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV424-83

MARTIN O'MALLEY
Commissioner of Social Security

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 20, 2024, the Court grants the Commissioner's motion to remand. The Court reverses the Commissioner's decision, remands this action to the Commissioner for further proceedings. This case stands closed.

Approved by: *Christopher L. Ray*

CHRISTOPHER L. RAY
United States Magistrate Judge
Southern District of Georgia

August 21, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020